# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY MERITT POSEY,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:15-cv-01482-RFB-GWF

**ORDER**

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 14), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 14) is **GRANTED**. Petitioner will have through August 10, 2017, to file and serve an amended petition for a writ of habeas corpus.

DATED: May 25, 2017.

                                                            RICHARD F. BOULWARE, II  
                                                           United States District Judge