1  ADAM PAUL LAXALT
   Attorney General
2  HEATHER D. PROCTER (Bar No. 8621)
   Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 North Carson Street
   Carson City, Nevada 89701-4717
5  Phone: (775) 684-1271
   Fax: (684-1108
6  HProcter@ag.nv.gov
   Attorney for Respondents

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MERITT POSEY,<br><br>Petitioner(s),<br><br>vs.<br><br>DWIGHT NEVEN, et al.,<br><br>Respondent(s). | Case No. 2:15-cv-01482-RFB-GWF<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)** |

Respondents, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a forty-five (45) day enlargement of time, to and including August 9, 2018, in which to file and serve their response to Posey's first-amended petition.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

There have been no prior enlargement of Respondents' time to file said response, and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 21st day of June, 2018.

                        ADAM PAUL LAXALT
                        Attorney General

                        By:    /s/ Heather D. Procter
                                HEATHER D. PROCTER (Bar. No. 8621)
                                Senior Deputy Attorney General

1  ADAM PAUL LAXALT
    Attorney General
2  HEATHER D. PROCTER (Bar No. 8621)
    Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 North Carson Street
   Carson City, Nevada 89701-4717
5  Phone: (775) 684-1271
   Fax: (684-1108
6  HProcter@ag.nv.gov
   Attorney for Respondents

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY MERITT POSEY, | Case No. 2:15-cv-01482-RFB-GWF |
| Petitioner(s), | **DECLARATION OF COUNSEL** |
| vs. | |
| DWIGHT NEVEN, et al., | |
| Respondent(s). | |

STATE OF NEVADA    )
                   : ss.
CARSON CITY        )

I, HEATHER D. PROCTER, hereby states, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

1. I am a Senior Deputy Attorney General employed by the Attorney General's Office of the State of Nevada in the Bureau of Criminal Justice, Post-Conviction Unit, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2. By this motion, I am requesting a forty-five (45) day enlargement of time, to and including August 9, 2018, to respond to Posey's first-amended federal habeas petition. This is my first request for enlargement.

3. The response is currently due June 25, 2018.

4. Since this Court ordered a response to the first-amended petition, I have been involved in defending federal and state petitions, including *Anderson v. Neven* (2:14-cv-2015-JAD-VCF); *Anderson v. Baca* (3:16-cv-0545-MMD-WGC); *Dominguez v. Williams* (2:12-cv-1608-JAD-PAL); *Grow v.

| | |
|---|---|
| 1 | *Dzurenda* (3:17-cv-0637-MMD-WGC); *Guerrero v. Williams* (2:13-cv-0328-JAD-CWH); *Guzman v.* |
| 2 | *Nevada Attorney General* (3:17-cv-0515-HDM-VPC); *Hannon v. State* (state extradition proceedings); |
| 3 | *Hanson v. Baker* (9th Cir. 18-15547); *McClain v. Williams* (2:17-cv-0753-RFB-NJK); *Melendez v.* |
| 4 | *Neven* (2:16-cv-1003-JAD-CWH); *Miranda-Rivas v. Wickham* (3:16-cv-0663-MMD-VPC); *Sanders v.* |
| 5 | *Williams* (2:14-cv-1966-JCM-NJK); *Taylor v. Myles* (9th Cir. 17-15522); *Tompkins v. Baca* (3:16-cv- |
| 6 | 0444-MMD-WGC); *Wirth v. Baker* (state habeas evidentiary hearing); and dozens of state habeas |

petitions addressing inmate time calculations within the prison system. In addition, I was out of the office June 1-8, 2018, and will be out June 21-22, 2018, for presentations, attending a conference, and pre-planned annual leave. As such, I request a forty-five (45) day enlargement of time to and including February 2, 2018, to respond to the petition.

5. This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

6. I contacted the Federal Public Defender, CB Kirschner, who has no objection to this enlargement.

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

/s/ Heather D. Procter
HEATHER D. PROCTER

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of June, 2018

_____
RICHARD F. BOULWARE, II
United States District Court

-3-

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General and that on this 21st day of June, 2018, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)** by U.S. District Court CM/ECF electronic filing to:

CB Kirschner
Assistant Federal Public Defender
411 E Bonneville Ave. Ste. 250
Las Vegas, Nevada 89101

                                       /s/ Amanda White