Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*C.B. Kirschner
Assistant Federal Public Defender
Pennsylvania State Bar No. 92998
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
CB_Kirschner@fd.org

*Attorney for Anthony Meritt Posey

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Meritt Posey,<br><br>    Petitioner,<br><br>v.<br><br>Dwight Neven, et al.,<br><br>    Respondents. | Case No. 2:15-cv-01482-RFB-GWF<br><br>**Unopposed Motion for Extension of Time to File Response in Opposition to Motion to Dismiss**<br><br>(First Request) |

Petitioner, Anthony Meritt Posey, by and though counsel, C.B. Kirschner, Assistant Federal Public Defender, moves this Court for an extension of time of sixty (60) days from August 21, 2018, to and including October 20, 2018, to file a Response in Opposition to Respondents' Motion to Dismiss.

# POINTS AND AUTHORITIES

1. On or about August 14, 2012, Anthony Meritt Posey was sentenced to two, consecutive periods of incarceration of seventy-two (72) to one hundred eighty (180) months. Mr. Posey mailed his pro se Petition for a Writ of Habeas Corpus on July 28, 2015. ECF No. 1. His First Amended Petition was filed on October 10, 2017. ECF No. 18.

2. Respondents filed a Motion to Dismiss on August 7, 2018. ECF No. 24. Petitioner's Response in Opposition is currently due August 21, 2018. Mr. Posey now requests an additional sixty (60) days to file his Opposition, until October 20, 2018. This is the first request for an extension of time.

3. The additional period of time is necessary in order to effectively represent Mr. Posey. This motion is filed in the interests of justice and not for the purposes of unnecessary delay.

4. Counsel's busy schedule necessitates this extension request. Counsel currently has filing deadlines in nine other pending habeas cases, including an Answering Brief in the Ninth Circuit Court of Appeals due September 7, 2018. Counsel will also be out of the office attending (and presenting a seminar at) the National Non-Capital Habeas Conference from September 26, 2018 to September 28, 2018.

5. On August 17, 2018, Deputy Attorney General Erin Bittick was contacted via email and stated she did not object to the extension, but the lack of objection should not be construed as a waiver of any procedural defenses.

6. For the above stated reasons, Petitioner respectfully requests this Court grant the request for an extension of time of sixty (60) days and order the Response in Opposition to be filed on or before October 20, 2018.

Dated this 20th day of August, 2018.

Respectfully submitted,
Rene L. Valladares
Federal Public Defender


*/s/ C.B. Kirschner*
C.B. Kirschner
Assistant Federal Public Defender



IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court
DATED:   August 21, 2018.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Erin Bittick

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing documents by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Anthony Posey
# 1091115
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419

*/s/ Adam Dunn*
An Employee of the
Federal Public Defender