# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTHONY MERITT POSEY,

        Petitioner,

   v.

DWIGHT NEVEN, et al.,

        Respondents.

Case No. 2:15-cv-01482-RFB-GWF

**ORDER**

Respondents have filed a motion for enlargement of time (first request) (ECF No. 35), asking for more time to file an answer. Petitioner has filed a response (ECF No. 36). As petitioner notes, the court did express a desire to resolve this matter by September 30, 2019. ECF No. 34, at 15. However, after the court entered that order, new counsel for respondents was assigned to this case. Counsel for respondents does not state that he has any scheduling conflicts, but that he needs to become familiar with the case. Under these circumstances, the court will grant respondents one extension.

///
///
///
///
///

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 35) is **GRANTED**. Respondents will have through June 19, 2019 to file and serve an answer. No further extensions will be granted.

DATED: May 13, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge